TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00461-CV







Gibbons Ranch L.P., Appellant


v.


William F. Schneider and M. Ann Schneider, Appellees








FROM THE DISTRICT COURT OF SAN SABA COUNTY, 33RD JUDICIAL DISTRICT

NO. 8184, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING





O R D E R


 We have considered Appellant's Emergency Motion for Temporary Order and Motion
for Expedited Determination filed on August 6, 2004. We respectfully deny the relief requested.



 

 Bob Pemberton, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Filed: August 6, 2004